UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor | : | |
| | : | Civil Action |
| Plaintiff, | | |
| | : | File No. |
| v. | | |
| | : | |
| DANIYAL ENTERPRISES LLC; ALI PETROLEUM INC; DANNY FUEL LLC; FUEL DEPOT LLC; GREEN FUEL LLC; MADISON FUEL LLC; MADISON PETROLEUM LLC; METROPARK FUEL LLC; PARSIPPANY GAS & GO LLC; PSO PETROLEUM LLC; ROADWAY FUEL LLC; ROSE CITY PETROLEUM INC; SHAAN PETROLEUM INC; SUMMIT PETROLEUM CORP; WASEEM GAS AND GO INC; and WASEEM CHAUDHARY, Individually. | : | **COMPLAINT** |
| | : | |
| Defendants. | | |

Plaintiff, SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor, brings this action under Sections 16(c) and 17 of the Fair Labor Standards Act of 1938, as amended, (29 U.S.C. § 201, et seq.), ("the Act"), alleging that defendants violated sections 6, 7, 11(c), 15(a)(2), and 15(a)(5) of the Act.

I.

Jurisdiction of this action is conferred upon the Court by Section 17 of the Act and 28 U.S.C. Sections 1331 and 1345.

II.

Venue is proper in this District because a substantial part of the events or omissions giving rise to the claims herein occurred in this District.

III.

Defendant DANIYAL ENTERPRISES LLC is a limited liability company duly

organized under the laws of the State of New Jersey having its principal office and place of business at 7 Chapel Street, Madison, New Jersey 07940, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

IV.

Defendant ALI PETROLEUM INC. is a corporation duly organized under the laws of the State of New Jersey having its principal office and place of business at 7 Chapel Street Madison, New Jersey, 07940 within the jurisdiction of this court, where it is engaged in the retail gasoline business.

V.

Defendant DANNY FUEL LLC is a limited liability company duly organized under the laws of the State of New Jersey having its principal office and place of business at 930 West Lacy Road, Forked River, New Jersey 08731, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

VI.

Defendant FUEL DEPOT LLC is a limited liability company duly organized under the laws of the State of New Jersey having its principal office and place of business at 98 North Kinderkermack Road, Montvale New Jersey 07645, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

VII.

Defendant GREEN FUEL LLC is a limited liability company duly organized under the laws of the State of New Jersey having its principal office and place of business at 7 Chapel Street Madison, New Jersey, 07940, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

VIII.

Defendant MADISON FUEL LLC is a limited liability company duly organized under the laws of the State of New Jersey having its principal office and place of business at 2800 Washington Road, Parlin, New Jersey 08859, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

IX.

Defendant MADISON PETROLEUM LLC is a limited liability company duly organized under the laws of the State of New Jersey having its principal office and place of business at 103 Main Street, Madison, New Jersey 07940, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

X.

Defendant METROPARK FUEL LLC is a limited liability company duly organized under the laws of the State of New Jersey having its principal office and place of business at 103 Main Street Madison, New Jersey 07940, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

XI.

Defendant PARSIPPANY GAS & GO LLC is a limited liability company duly organized under the laws of the State of New Jersey having its principal office and place of business at 1935 Route 46, Parsippany, New Jersey 07045, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

XII.

Defendant PSO PETROLEUM LLC is a limited liability company duly organized under the laws of the State of New Jersey having its principal office and place of business at 7 Chapel

Street, Madison, New Jersey 07940, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

XIII.

Defendant ROADWAY FUEL LLC is a limited liability company duly organized under the laws of the State of New York having its principal office and place of business at 1217 State Route 23, Wayne, New Jersey 07470, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

XIV.

Defendant ROSE CITY PETROLEUM INC. is a corporation duly organized under the laws of the State of New Jersey having its principal office and place of business at 103 Main Street, Madison, New Jersey 07940, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

XV.

Defendant SHAAN PETROLEUM, INC. is a corporation duly organized under the laws of the State of New Jersey having its principal office and place of business at 490 Valley Street, Maplewood, New Jersey 07040, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

XVI.

Defendant SUMMIT PETROLEUM CORP. is a corporation duly organized under the laws of the State of New Jersey having its principal office and place of business at 6 River Road, Summit, New Jersey 07901, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

XVII.

Defendant WASEEM GAS AND GO INC. is a corporation duly organized under the laws of the State of New Jersey having its principal office and place of business at 881 Route 1 South, Edison, New Jersey 08817, within the jurisdiction of this court, where it is engaged in the retail gasoline business.

XVIII.

Defendant corporations and limited liability companies (together, “corporate defendants”) have regulated the employment of all persons employed by the corporate defendants, acted directly and indirectly in the corporate defendants’ interest in relation to the employees, and are thus employers of their employees within the meaning of section 3(d) of the Act.

XIX.

Defendant WASEEM CHAUDHARY, who has maintained a place of business at 11 Dean Street, Madison, NJ 07940, is the majority shareholder of the defendant corporations and active member of the limited liability companies and is in active control and management of the corporate defendants. Defendant CHAUDHARY has regulated the employment of persons employed by the corporate defendants, acted directly and indirectly in the interest of the corporate defendants in relation to the employees, and is thus an employer of the employees within the meaning of section 3(d) of the Act.

XX.

Defendants engage in the retail gasoline business selling gasoline to the public under the “Shell” and “BP” trade names. The business activities of the defendants, as described herein, are related and performed through unified operation or common control for a common business

purpose and constitute an enterprise within the meaning of section 3(r) of the Act.

XXI.

Defendants have employed and are employing employees at their place of business in the activities of an enterprise engaged in commerce or in the production of goods for commerce, including employees handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce. These goods include but are not limited to gasoline, soda, and snack food. The enterprise has had an annual gross volume of sales made or business done in an amount not less than $500,000.00. Therefore, the employees are employed in an enterprise engaged in commerce or in the production of goods for commerce within the meaning of section 3(s)(1)(A) of the Act.

XXII.

Defendants willfully and repeatedly have violated and are violating the provisions of Sections 6 and 15(a)(2) of the Act, by paying many of their employees employed in an enterprise engaged in commerce or in the production of goods for commerce wages at rates less than the applicable statutory minimum rate prescribed in Section 6 of the Act. In many weeks, Defendants made deductions from employees' wages for items that were not for the benefit of the employees, such as to compensate the company for counterfeit money received by employees as customer payments or for customers who left without paying, or to compensate customers whose vehicles were damaged as a result of employee action. These deductions reduced the employees' hourly wages below the minimum prescribed in Section 6 of the Act. Thus, defendants are liable for unpaid minimum wage compensation owing to their employees under section 6 of the Act and an additional equal amount as liquidated damages pursuant to section 16(c) of the Act, or in the event liquidated damages are not awarded, minimum wage

compensation and prejudgment interest on said minimum wage compensation under section 17 of the Act.

XXIII.

Defendants willfully and repeatedly are violating the provisions of sections 7 and 15(a)(2) of the Act by employing many of their employees in an enterprise engaged in commerce or in the production of goods for commerce, for workweeks longer than those prescribed in section 7 of the Act without compensating the employees for their employment in excess of the prescribed hours at rates not less than one and one-half times the regular rates at which they were employed. Defendants compensated employees at regular rates for all hours that employees worked in a workweek, often for workweeks in excess of 70 hours. Therefore, defendants are liable for unpaid overtime compensation and an equal amount in liquidated damages under section 16(c) of the Act or, in the event liquidated damages are not awarded, unpaid overtime compensation and prejudgment interest on said unpaid overtime compensation under section 17 of the Act.

XXIV.

Defendants willfully and repeatedly are violating the provisions of sections 11(c) and 15(a)(5) of the Act, in that defendants failed to make, keep, and preserve adequate and accurate records of their employees and of the wages, hours, and other conditions of employment which they maintained as prescribed by the Regulations issued and found at 29 CFR Part 516; more specifically, defendants failed to keep accurate records of their employees' full names, home addresses, actual hours of work, basis of pay and total weekly payments.

XXV.

Defendants actions as described herein have been willful. For example, Defendant

Daniyal Enterprises LLC was the subject of two prior investigations in 2007 and 2008 by the Department of Labor that resulted in the payment of back wages to employees. In the course of these prior investigations, representatives of the Department of Labor met with Defendant Waseem Chaudary and explained the pay and recordkeeping requirements of the Fair Labor Standards Act.

XXVI.

Defendants willfully and repeatedly have violated the provisions of the Act as alleged above since at least January 1, 2010.

XXVII.

Plaintiff and Defendants Daniyal Enterprises LLC, Ali Petroleum Inc., Danny Fuel LLC, Fuel Depot, Inc., Green Fuel LLC, Madison Fuel LLC, Parsippany Gas & Go LLC, PSO Petroleum LLC, Roadway Fuel LLC, Rose City Petroleum Inc., Shaan Petroleum Inc., Summit Petroleum Corp., Waseem Gas and Go Inc., Metropark Fuel LLC and Waseem Chaudhary**,** have entered into a tolling agreement providing that the time period beginning on Jan 1, 2010 until and including June 30, 2012 ("the tolling period") will not be included in computing the running of any statute of limitations.

WHEREFORE, cause having been shown, plaintiff prays for judgment against defendants providing the following relief:

(1) For an injunction issued pursuant to section 17 of the Act permanently restraining defendants, their officers, agents, employees, and those persons in active concert or participation with defendant, from violating the provisions of sections 6, 7, 11(c), 15(a)(2), and 15(a)(5) of the Act; and

(2) For an order pursuant to section 16(c), of the Act finding defendants liable for

unpaid overtime compensation found due defendants' employees listed on the attached Exhibit A and an equal amount of liquidated damages (additional unpaid minimum wage, overtime compensation and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this Complaint); or,

(3) In the event liquidated damages are not awarded, for an injunction issued pursuant to section 17 of the Act restraining defendants, their officers, agents, employees, and those persons in active concert or participation with defendants, from withholding the amount of unpaid minimum wage and overtime compensation found due defendants' employees and prejudgment interest computed at the underpayment rate established by the Secretary of Treasury pursuant to 26 U.S.C. § 6621; and

(4) For an order awarding plaintiff the cost of this action; and

(5) For an order granting such other and further relief as may be necessary and appropriate.

DATED: February 14, 2013
New York, New York

M. Patricia Smith
M. PATRICIA SMITH
Solicitor of Labor

Patricia M. Rodenhausen
PATRICIA M. RODENHAUSEN
Regional Solicitor

s/Molly K. Biklen
Molly K. Biklen
Attorney

U.S. Department of Labor
Attorneys for Plaintiff.

POST OFFICE ADDRESS:
Patricia M. Rodenhausen
Regional Solicitor
U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel. 646-264-3676
Fax 646-264-3660

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Shoaib | | Abbas |
| Syed | F | Abbas |
| Syed | K | Abbas |
| Zaheer | | Abbas |
| Joseph | | Abbolonia |
| Gamel | S | Abdalla |
| Adel | Kamal | Abdel-malak |
| Nagy | M | Abdelnour |
| Hafid | | Abdeloiheb |
| Mohammad | | Abdullah |
| Muhammad | | Abdullah |
| Koshy | | Abraham |
| Joel | A | Acosta |
| Afzal | | Ahmed |
| Chaudhry | K | Ahmed |
| Imtiaz | | Ahmed |
| Javed | | Ahmed |
| Khalil | | Ahmed |
| Mushtaq | | Ahmed |
| Muzafar | | Ahmed |
| Naveed | | Ahmed |
| Zeeshan | | Ahmed |
| Ali | | Ahsan |
| Abdelatif | | Akhsay |
| Mohammad | | Akhtar |
| Mahmoud | | Albetar |
| Lutfi | | Aldam |
| Mohammad | | Aleem |
| Asim | | Ali |
| Rana | K | Ali |
| Rana | U | Ali |
| Refaget | | Ali |
| Sadaqat | | Ali |
| Samuel | | Ali |
| Shafqat | | Ali |
| Zubair | | Ali |
| Sheeraz | | Anwar |
| Saeed | M | Arif |
| Mayer | M | Armanious |
| Vijay | K | Arora |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Muhammad | | Aslam |
| Jeorge | | Atalay |
| Mohamed | Zubair | Awan |
| Mohammad | | Awan |
| Muhammad | R | Awan |
| Muhammad | R | Awan |
| Pervez | Khan | Awan |
| Abdul | | Aziz |
| Zafar | Ulhaq | Aziz |
| Budha | N | Bahadur |
| Mandeep | | Bains |
| Chaudhry | | Bajawa |
| Roop | | Bangar |
| Kulwant | S | Bansal |
| Baldev | | Baring |
| Adilbel | | Barirov |
| Muhammad | | Bashir |
| Dinesh | | Bastakoti |
| Alexander | | Baumann |
| Mohamed | A | Bawa |
| Adil | | Benmoumen |
| Jarrin | | Bernarda |
| Vijay | | Bhardwaj |
| Khalid | | Bhatti |
| Syad | Ali Zain | Bilgrami |
| Girgif | H | Boktor |
| Eid | H | Botros |
| Muhammad | H | Butt |
| Ahmed | | Can |
| Marco | | Castillo |
| Deepak | | Chadha |
| Kantaben | | Chaudhari |
| Kunvarben | B | Chaudhari |
| Mahendra | | Chaudhari |
| Shantaben | | Chaudhari |
| Suni | | Chaudhari |
| Suresh | | Chaudhari |
| Irshad | Hussain | Chaudhary |
| Mohammad | A | Chaudhary |
| Zafar | Iqbal | Chaudhary |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Harsheed | | Chaudry |
| Mohammad | B | Chaudry |
| Jadipsinh | R | Chauhan |
| Jaydipsinh | Rajendrasinh | Chauhan |
| Asif | Sohail | Cheema |
| Mohsin | L | Cheema |
| Mohamad | U | Chema |
| Abdul | | Chohan |
| Malkit | S | Chopra |
| Ramesh | | Chopra |
| MD | S | Chowdhary |
| Saniatur | | Chowdhury |
| Jeevan | C | Chunni |
| Robert | M | Coccia |
| Nicholas | M | Daddario |
| Ajit | | Dhillon |
| Rajesh | | Dhingra |
| Dhondup | | Dhondup |
| Samphel | | Dhondup |
| Rajesh | V | Diyali BK |
| Carlos | | Dominges |
| Sonam | | Dorje |
| Bakhodir | | Egamberdiev |
| Zaki | M | Elbanna |
| Walid | | Eldeib |
| Cisce | A | Elhadji |
| Moustafa | F M | Elmarass |
| Moustafa | Fathy Mohamed | Elmarassy |
| Zein | A | Elrabie |
| Kamel | | Elsisi |
| Awad | Atta Abdalla | Emil |
| Abderahmane | | Essalihi |
| Mohamed | | Essamaali |
| Tadres | K | Estafanous |
| Daniel | F | Evans |
| Shady | T | Faragalla |
| Ahmad | | Fawan |
| Ahmad | | Fawan |
| Ahman | | Fawan |
| James | L | Field |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Alfredo | | Flores |
| Brandon | | Frawley |
| Abdul | | Gaffar |
| Mohamed | G | Galla |
| Rene | S | Garcia |
| Ishvar Lal H | | Garibnavajwala |
| Malick | | Gaye |
| Majid | | Ghafoor |
| Chander | Kant | Ghai |
| Rizwang | A | Ghuman |
| Ernesto | | Gonzales |
| Narinder | S | Grewal |
| Praveena | | Gurram |
| Huseyin | | Guven |
| Rashid | | Habib |
| Ozen | | Halil |
| Nagy | | Hana |
| Mounir | M | Hanna |
| Mazhar | U | Haq |
| Fawad | | Hassan |
| Sohail | | Hayate |
| Kamil | | Henin |
| Faryad | | Hussain |
| Manzoor | | Hussain |
| Munir | | Hussain |
| Tamur | | Hussain |
| Abdul | R | Ibraham-Lebee |
| Jawad | | Ihsan |
| Mazher | | Iqabal |
| Chaudhry | M | Iqbal |
| Shahzad | | Iqbal |
| Zafar | | Iqbal Chaudhary |
| Noman | | Ittikhar |
| Dennis | | Jackson |
| Vikas | | Jagota |
| Aristides | Ramon | Jara |
| Jhan | | Jeb |
| Victor | | Jungani |
| Mohammed | Rizmi | Kaleel |
| Rasika | W | Kamkamange |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Mohammad | | Kamruzzaman |
| Tarlan | | Karimov |
| Vijay | Babu | Katam |
| Bhupinder | | Kaur |
| Rupinder | | Kaur |
| Rupinder | | Kaur |
| Salman | | Khalid |
| Afzalkhon | | Khamidkhonov |
| Amjad | P | Khan |
| Burhan | U | Khan |
| Jeb | | Khan |
| Shahzad | | Khan |
| Nusrat | | Khanam |
| Rizwan | Ullah | Khatana |
| Khalil | Ahmed | Khawaja |
| Shahnawaz | M | Khawaja |
| Muhammet | | Kilicarslan |
| Ghunara | B | Krishna |
| Ashok | | Kumar |
| Naresh | | Kumar |
| Pawan | | Kumar |
| Kadir | | Kurt |
| Imran | | Latif |
| Rickie | R | Lobo |
| Vincent | C | Madonia |
| Karanjit | | Mahal |
| Khalid | | Mahmood |
| Sultan | | Mahmood |
| Sultan | | Mahmood |
| Mohammed | Tajir | Mahraj |
| Mohammed | Tariq | Mahraj |
| Mohammed | Khalid | Mahraj |
| Mohammed | Jafar | Mahraj |
| Ehab | A | Malak |
| Biju | M | Maliyil |
| Chetan | | Malviya |
| Lemus | T | Marco |
| Muhamed | M | Marikkar |
| Mohammed | A | Matin |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Mohamed A Mohamed | | Mawjood |
| Patrick | | McKean |
| Mohammed | Idris | Meah |
| Khalid | | Mehmood |
| Tariq | | Mehmood |
| Antonio | | Mendes |
| Abdeen | Kabeeb | Mohamed |
| Ashgar | | Mohammad |
| Javed | | Mohammad |
| Khalid | | Mohammad |
| Majid | K | Mohammad |
| Riaz | | Mohammad |
| Lallu Bhai | | Mohanbhai Patel |
| Islam | R | Mohd |
| Muhammad | Naeem | Mughal |
| Jawaad | | Muhammad |
| Saeed | | Muhammad |
| Kilicarslan | | Muhammet |
| Mohammad | Shoaib | Munawar |
| Nabeel | | Munawar |
| Nabeel | | Munawar |
| Attique | U | Naeem |
| Tashi | | Namgyal |
| Tashi | | Namgyal |
| Samy | E | Nashed |
| Kanwaljit | Singh | Naval |
| Shazib | H | Naz |
| Abigail | | Nieves |
| Mohammed | | Noor |
| Tserig | | Norbu |
| James | R | Norton |
| Charles | E | Ochell |
| Adriana | | Omondi |
| Rodrigo | | Orozco |
| Sherap | | Orser |
| Youness | | Ouqfi |
| Afiz | M | Ousman |
| Mustapha | | Outaleb |
| Maninder | | Pal Singh |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Rahul | | Passi |
| Ambalal | M | Patel |
| Amresh | C | Patel |
| Dalsukh | | Patel |
| Dixhikumar | Kalabhi | Patel |
| Hitendra | Kumar | Patel |
| Minaxiben | S | Patel |
| Nima | | Patel |
| Parvin | B | Patel |
| Rajani | | Patel |
| Vicky | S | Patel |
| Roberto | | Perez |
| Ronnie | | Perira |
| Maria | | Pizarro |
| Jose | Oscar | Plata |
| Renu | | Punhani |
| Vijay | K | Punhani |
| Joginder | S | Puri |
| Abdul | | Qadir |
| Muhammad | | Qasim |
| Thomas | | Quintana |
| Naji | H | Qumseya |
| Venkatkrishna | R | Raavila |
| Asad | F | Rabbie |
| Muhammad | | Raees |
| Javid | U | Rahman |
| Javid | U | Rahman |
| Mohammed | A | Rahman |
| Syed | F | Rahman |
| Syed | F | Rahman |
| Usman | | Rahman |
| Mohamed | Haniffa | Rahmathullah |
| Romona | | Ramjit |
| Chandana | G | Ranathunga |
| Mohammed | M | Rashed |
| Athar | | Rauf Mughal |
| Qasim | | Razaq |
| Naseem | | Riaz |
| Carlos | A | Rodriquez |
| Youakeem | T | Romany |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Medhat | M | Sadek |
| Mina | | Saeid |
| Abdessamad | | Safady |
| Mohammad | | Safeer |
| Zubeyr | | Sahon |
| Mohamed | N | Sainulabdeen |
| Mohamed | Y | Salem |
| Khalid | | Salman |
| Mohammad | | Sarfaraz |
| Ejaz | | Sarwar |
| Sarfaraz | | Sarwar |
| Vincent | A | Serna |
| Arun | | Shah |
| Chan | P | Shah |
| Gautam | | Shah |
| Hanif | | Shah |
| Hanif | | Shah |
| Ihsan | | Shah |
| Syed | | Shah |
| Rafaat | A | Shahied |
| Anjum | | Shahzad |
| Muneer | A | Shaikh |
| Muneer | A | Shaikh |
| Mohammad | | Shakeel |
| Mohammad | | Shakeel |
| Emad | | Shehata |
| Faheem | | Shehzad |
| Shahid | M | Sheikh |
| Chander | | Shekher |
| Ali | | Sher |
| Milgma | T | Sherpa |
| Ngwag | S | Sherpa |
| Pasang | G | Sherpa |
| Sonam | | Sherpa |
| Kushal | | Shivabhakti |
| Amarjit | | Singh |
| Amarjit | | Singh |
| Amarjit | | Singh |
| Amrik | | Singh |
| Avatar | | Singh |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Bahadur | | Singh |
| Baldev | | Singh |
| Baldev | | Singh |
| Baldev | | Singh |
| Baldev | | Singh |
| Balwinder | | Singh |
| Beant | | Singh |
| Bhupinder | | Singh |
| Bhupinder | | Singh |
| Chhinder | | Singh |
| Dalbir | | Singh |
| Dalip | | Singh |
| Daljeet | | Singh |
| Daljeet | | Singh |
| Daljit | | Singh |
| Didar | | Singh |
| Garbaliger | | Singh |
| Gobindpal | | Singh |
| Gobindpal | | Singh |
| Gulab | | Singh |
| Gurdarshan | | Singh |
| Gurjit | | Singh |
| Gurmet | | Singh |
| Gurtej | | Singh |
| Jagdev | | Singh |
| Jagjit | | Singh |
| Jagreet | | Singh |
| Jaswinder | | Singh |
| Joginder | | Singh |
| Kewel | | Singh |
| Kuldeep | | Singh |
| Kulwant | | Singh |
| Kulwant | | Singh |
| Manbipal | | Singh |
| Manider | | Singh |
| Manider | P | Singh |
| Maninder | | Singh |
| Manjit | | Singh |
| Nahalchattar | | Singh |
| Paramjeet | | Singh |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Paramjit | | Singh |
| Prince | Sathwauth | singh |
| Ranjit | | Singh |
| Ranjit | | Singh |
| Ravinder | | Singh |
| Rikky | | Singh |
| Satnam | | Singh |
| Simerjit | | Singh |
| Sukhdev | | Singh |
| Sukhjit | | Singh |
| Sukhjit | | Singh |
| Sukjit | | Singh |
| Sukmander | | Singh |
| Sukmander | | Singh |
| Surinder | | Singh |
| Varinder | Jit | Singh |
| Nirmal | | Singh Sandhu |
| Maximino | Cortes | Solis |
| Arslan | | Subhani |
| Ragun | | Sureindher |
| Shahzada | | Tabraiz |
| Chitra | B | Tamang |
| Nagah | B | Tawadrous |
| Jorge | | Tenesaca |
| Marcelo | H | Tenezaca |
| Lobsang | | Tentho |
| Binod | | Thapa |
| Aparna | | Tiwari |
| Manda | | Tiwari |
| Sukhdev | S | Toor |
| Gloria | | Torrico |
| Hitesh | A | Trivedi |
| Eshan | | Ullah |
| Masor | | Unknown |
| Raja | | Unknown |
| Rehan | | Unknown |
| Reheem | | Unknown |
| Rizwan | | Unknown |
| Victor | | Unknown |
| Vishwamitter | | Uppal |

# EXHIBIT A

| First Name | Middle Name/ Initial | Last Name |
|---|---|---|
| Mathew | | Vazquez |
| Jose | | Vega |
| Seed | A | Walayat |
| Chaudhary | Sajid | Waseem |
| Christoph | T | Willittis |
| Richard | | Wolak |
| Khawar | | Yaqub |
| Muhammad | | Younis |
| Mohammad | | Yousaf |
| Mohammad | | Yousaf |
| Mohammad | | Yusaf |
| Peer | | Zada |
| Sherzod | | Zakirov |
| Khawaja | M | Zareen |
| Mohammed | | Zarif |
| Alam | | Zeb |
| Khan | | Zeb |
| Mohammad | | Zhoor |
| Shahid | | Ziaulhaq |
| **Total** | | |