Molly Biklen, Esq.
Office of the Solicitor, U.S. Department of Labor
201 Varick Street, Room 983
New York, New York 10014
Tel.: (646) 264-3676; Fax: (646) 264-3660

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
----------------------------------------------------------------

| | | |
|---|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor, | : | |
| | : | Civil Action No. |
| Plaintiff, | : | 13-cv-00914 (CCC) (JAD) |
| v. | : | |
| DANIYAL ENTERPRISES LLC; ALI PETROLEUM INC; DANNY FUEL LLC; FUEL DEPOT LLC; GREEN FUEL LLC; MADISON FUEL LLC; MADISON PETROLEUM LLC; METROPARK FUEL LLC; PARSIPPANY GAS & GO LLC; PSO PETROLEUM LLC; ROADWAY FUEL LLC; ROSE CITY PETROLEUM INC; SHAAN PETROLEUM INC; SUMMIT PETROLEUM CORP; WASEEM GAS AND GO INC; and WASEEM CHAUDHARY, Individually. | : : : : : | **Motion to Approve Consent Judgment** |
| Defendants. | : : | |

----------------------------------------------------------------

## MOTION TO APPROVE CONSENT JUDGMENT

**PLEASE TAKE NOTICE** that the plaintiff, SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor hereby moves for approval of the attached Consent Judgment, agreed to by the parties and executed by Defendants. The attached Consent Judgment represents a fair and reasonable resolution of the Secretary's claims. In the interest of justice and

for good cause shown, plaintiff Acting Secretary of Labor respectfully moves for the approval of the attached consent judgment.

DATED:    February 19, 2013
          New York, New York

                                        M. PATRICIA SMITH
                                        Solicitor

                                        PATRICIA M. RODENHAUSEN
                                        Regional Solicitor


                                           /s Molly K. Biklen
                                        MOLLY K. BIKLEN
                                        Attorney

                                        U.S. Department of Labor,
                                        Attorneys for SETH D. HARRIS,
                                        Acting Secretary of Labor, Plaintiff